

**Seyfarth Shaw LLP**

620 Eighth Avenue

New York, New York  10018

**T** (212) 218-5500

**F** (212) 218-5526

kforman@seyfarth.com

T (212) 218-5279

www.seyfarth.com

June 15, 2026

**<u>VIA ECF</u>**

Hon. J. Brendan Day, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

Re:     Jazelle Korkmaz v. PNC Bank, N.A., et al., 3:25-cv-14419

Dear Judge Day:

The parties write jointly, in accordance with the Court's Order of June 3, 2026 (DKT 21), to inform the Court of the status of the above matter. PNC produced its written discovery responses and document production on March 11, 2026. Plaintiff produced written discovery responses on March 25, 2026, and her production of documents on April 15, 2026. On April 15, 2026, Plaintiff's counsel requested to stay the case due to Plaintiff's medical condition and provided a doctor's note stating that Plaintiff "has been diagnosed with hypertensive urgency and secondary hypertension" and that  "[d]ue to this serious medical condition, she is not medically cleared to participate in high-stress legal proceedings or depositions for the next 90 days." Plaintiff then formally moved to stay the case on April 24, 2026, and the motion to stay, to which PNC consented, has been granted.

In light of the stay, PNC has not served a notice to take Plaintiff's deposition, but is prepared to move forward with Plaintiff's deposition after the stay is lifted.

Please let us know if additional information is needed. Thank you for your time and consideration.

Respectfully,

SEYFARTH SHAW LLP


*/s/ Kathryn K. Forman*


Kathryn K. Forman



Hon. J. Brendan Day, U.S.M.J.
June 15, 2026
Page 2

CSI Group Law Firm, P.C.

*/s/ Marc W. Garbar*
Marc W. Garbar

*/s/ Walter J. Schaeffer*
Walter J. Schaeffer